U.S. DISTRICT COURT) SS:
DISTRICT OF KANSAS)
I hereby certify that the forgoing is a true copy of the original on file in this court and cause.
SKYLER B. O'HARA, Clerk
By ______ Deputy
Dated: 06/18/2026

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: NITROGEN, PHOSPHORUS, AND POTASSIUM (NPK) FERTILIZER ANTITRUST LITIGATION

MDL No. 3187

FILED
6/18/2026
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

MAN

(SEE ATTACHED SCHEDULE)

## CONDITIONAL TRANSFER ORDER (CTO −1)

On June 9, 2026, the Panel transferred 4 civil action(s) to the United States District Court for the District of Kansas for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* MDL 3187, ECF No. 177 (J.P.M.L. 2026). Since that time, no additional action(s) have been transferred to the District of Kansas. With the consent of that court, all such actions have been assigned to the Honorable Eric F. Melgren.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the District of Kansas and assigned to Judge Melgren.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. § 1407 to the District of Kansas for the reasons stated in the order of June 9, 2026, and, with the consent of that court, assigned to the Honorable Eric F. Melgren.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of Kansas. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7–day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is pending at this time, the stay is lifted.
Jun 18, 2026
CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jessica D. Birnbaum

Jessica D. Birnbaum
Clerk of the Panel

**IN RE: NITROGEN, PHOSPHORUS, AND POTASSIUM (NPK) FERTILIZER ANTITRUST LITIGATION**

MDL No. 3187

## SCHEDULE CTO–1 – TAG–ALONG ACTIONS

| DIST | DIV. | C.A.NO. | CASE CAPTION |
|---|---|---|---|
| CALIFORNIA EASTERN | | | |
| CAE | 1 | 26–03233 | Hatfield v. Nutrien Ag Solutions, Inc. et al |
| CAE | 1 | 26–04262 | Live Oak Farms v. Nutrien Ag Solutions et al |
| CALIFORNIA NORTHERN | | | |
| CAN | 5 | 26–02970 | Samuelson v. The Mosaic Company et al |
| COLORADO | | | |
| CO | 1 | 26–01494 | Dunham Family Farms v. Mosaic Company, The et al |
| CONNECTICUT | | | |
| CT | 3 | 26–00554 | JS Farms, Inc. v. Nutrien AG Solutions, Inc. et al |
| ILLINOIS NORTHERN | | | |
| ILN | 1 | 26–03745 | Carroll v. Nutrien Ltd. et al |
| ILN | 1 | 26–03872 | Click III v. Nutrien Ltd. et al |
| ILN | 1 | 26–04070 | Carroll v. Nutrien Ltd. et al |
| ILN | 1 | 26–04214 | Fillingim Farms, Inc. v. Nutrien Ltd. et al |
| ILN | 1 | 26–04304 | Red River Ag, LLC v. Nutrien Ltd. et al |
| ILN | 1 | 26–04582 | Jewett Farms, LLC v. Nutrien Ltd. et al |
| ILN | 1 | 26–04951 | Donald F. Deline v. Koch Agronomic Services, LLC et al |
| ILN | 1 | 26–05099 | Gilman Feed Company, Inc. v. CF Industries Holdings, Inc. et al |
| IOWA NORTHERN | | | |
| IAN | 5 | 26–04040 | Vohs v. Canpotex LTD et al |
| MINNESOTA | | | |
| MN | 0 | 26–02334 | Flaten v. Nutrien Ltd. et al |
| MISSOURI WESTERN | | | |
| MOW | 2 | 26–04063 | Jason Buckman Farms, LLC v. Canpotex Limited et al |

| | | | |
|---|---|---|---|
| MOW | 4 | 26–00340 | Book Farms v. Nutrien Ltd. et al |
| MOW | 4 | 26–00380 | Johnson et al v. The Mosaic Company et al |
| MOW | 4 | 26–00418 | Koon v. Nutrien LTD et al |
| MOW | 5 | 26–06065 | Miller v. Nutrien LTD et al |

NEW HAMPSHIRE

| | | | |
|---|---|---|---|
| NH | 1 | 26–00282 | Drohman v. Nutrien AG Solutions, Inc. et al |

WISCONSIN WESTERN

| | | | |
|---|---|---|---|
| WIW | 3 | 26–00392 | Patzkowsky, Rudy v. Nutrien Ag Solutions, Inc. et al |