**UNITED STATES DISTRICT COURT**
**Northern District of Illinois**
**219 South Dearborn Street**
**Chicago, Illinois 60604**

**Thomas G. Bruton**
**Clerk**

**312-435-5670**

06/23/2026

Re: District of Kansas

USDC Case Number: 1:26-cv-03872

MDL Number: 3187

Dear Clerk:

Enclosed is the certified record that is being transferred to your court pursuant to an order entered by the MDL Judicial Panel on 06/18/2026**:**

X Was electronically transmitted to: District of Kansas

Sincerely.
Thomas G. Bruton, Clerk

By: /s/ M. Navarro
Deputy Clerk

Enclosures

**New Case No. ______________________________** **Date ______________________**

cc: Non-ECF Attorneys and Pro se Parties